IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>                Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>                Defendants. | Case No. 1:24-cv-2966-ACR |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

The Court hereby **GRANTS** the Joint Motion to Stay. Accordingly, this action is **STAYED** until the Consumer Financial Protection Bureau revokes the interpretive rule challenged by Plaintiff in this action, Truth in Lending (Regulation Z); Use of Digital User Accounts to Access Buy Now, Pay Later Loans, 89 Fed. Reg. 47,068 (May 31, 2024).

Defendants are further **ORDERED** to submit a status report by June 2, 2025, and every 30 days thereafter, regarding the Bureau's progress toward revocation of the Interpretive Rule.

It is so **ORDERED**.

Dated: _____, 2025

                                                          _____
                                                          The Honorable Ana C. Reyes
                                                          United States District Judge