IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>     Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>     Defendants. | Civil Action No. 1:24-cv-02966-ACR |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned matter is dismissed without prejudice.

DATED:  June 2, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ John R. Coleman*
John R. Coleman, D.C. Bar No. 90002867
Walter E. Zalenski, D.C. Bar No. 395205
2100 Pennsylvania Avenue, NW
Washington, DC 20037-3202
Telephone: (202) 339-8400
jrcoleman@orrick.com; wzalenski@orrick.com

Nicholas González
405 Howard Street
San Francisco, CA 94105
Telephone: (213) 629-2020
ngonzalez@orrick.com

*Counsel for Plaintiff*
*Financial Technology Association*

DATED:  June 2, 2025  MARK PAOLETTA
  *Chief Legal Officer*
 DANIEL SHAPIRO
  *Deputy Chief Legal Officer*
 VICTORIA DORFMAN
  *Senior Legal Advisor*
 CHRISTOPHER DEAL
  *Assistant General Counsel*

 */s/ Amanda J. Krause*
 Amanda J. Krause
   *Senior Counsel*
 Consumer Financial Protection Bureau
 1700 G Street, NW
 Washington, DC 20552
 Telephone: (202) 435-7965
 Facsimile: (202) 435-7024
 amanda.krause@cfpb.gov

 *Counsel for Defendants*
 *Consumer Financial Protection Bureau and*
 *Russell Vought*